UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

GASPAR SALVADOR ROJO SILVESTRE,

Petitioner,

v.

JEREMY CASEY, Warden, Imperial Regional Detention Center; GREGORY ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement and Removal Operations (ICE/ERO); TODD LYONS, Acting Director for United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, Attorney General of the United States in official capacities,

Respondents.

Case No.: 3:26-cv-0999-JES-JLB

**ORDER:**

**(1) FOR BOND HEARING; and**

**(2) DENYING AS MOOT THE MOTION FOR TEMPORARY RESTRAINING ORDER**

**[ECF Nos. 1, 2, 5]**

//

//

//

1

3:26-cv-0999-JES-JLB

Before the Court is Petitioner Gaspar Salvador Rojo Silvestre's ("Petitioner"): (1) Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241; and (2) Motion for a Temporary Restraining Order ("TRO"). ECF Nos. 1-2.

Pursuant to the Court's OSC order, Respondents filed a Response. ECF No. 5. In the Response, Respondents acknowledged that Petitioner must be considered detained under 8 U.S.C. § 1226(a), pursuant to the final judgment entered in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3289861 (C.D. Cal. Nov. 20, 2025). Accordingly, the Court **GRANTS IN PART** the Petition as follows:

(1)     The Court **ORDERS** Respondents to provide Petitioner with a bond determination hearing under 8 U.S.C. § 1226(a) within **ten days** of this Order, or otherwise release him from custody, under the same conditions that existed before his detention.

(2)     At the hearing, Respondents may not deny Petitioner bond on the basis that he is detained under 8 U.S.C. § 1225(b)(2); and

(3)     Respondents are **ORDERED** to **FILE** a Notice of Compliance within **five days** of providing Petitioner with a bond redetermination hearing, including apprising the Court of the results of the hearing.

(4)     As Petitioner's sought-after relief, a bond determination hearing, was granted, the Court **DENIES AS MOOT** the Motion for Restraining Order; and

(5)     The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: February 25, 2026

Honorable James E. Simmons Jr.
United States District Judge

2